USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
J & J SPORTS PRODUCTIONS, Inc.,

        Plaintiff,

   -against-                07 Civ. 615(DAB)(RLE)
                              ADOPTION OF REPORT
ELIZABETH RIBIERO, et al.,    AND RECOMMENDATION

        Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    On April 2, 2008, United States Magistrate Judge Ronald L. Ellis issued a Report and Recommendation ("Report"), recommending that Plaintiff be awarded $6,000 in damages for Defendants' willful violation of the Communications Act, and $1235 in attorney's fees and costs. (Report at 7).

    Pursuant to 28 U.S.C. § 636(b)(1)(C), "[w]ithin ten days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations." 28 U.S.C. § 636(b)(1)(C); see also F.R.C.P. Rule 72(b) (stating that "[w]ithin 10 days after being served with a copy of the recommended disposition, a party may serve and file specific, written objections to the proposed findings and recommendations"). Section 636(b)(1)(C) also requires a Court to make a "de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."

However, where no timely objection has been made, "a district court need only satisfy itself there is no clear error on the face of the record." Nelson v. Smith, 618 F.Supp. 1186, 1189 (S.D.N.Y. 1985). After conducting the appropriate level of review, the Court may then accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate. 28 U.S.C. § 636(b)(1)(C); see also Local Civil Rule 72.1(d).

To date, no objections to the Report have been filed.

Accordingly, having reviewed the Report and Recommendation and finding no clear error on the face of the record, it is hereby ORDERED AND ADJUDGED as follows:

(1) The Report & Recommendation of Judge Ellis, dated April 2, 2008, is hereby APPROVED, ADOPTED, and RATIFIED by the Court in its entirety; and,

(2) Defendant's motion for default judgment having been GRANTED, Plaintiff is hereby awarded $6,000.00 in damages and $1235.00 in attorney's costs and fees.

The Clerk of the Court is directed to close the docket in the above-captioned case.

SO ORDERED:

DATED: New York, New York
May 29, 2008

Deborah A. Batts
United States District Judge